RECEIVED
IN ALEXANDRIA, LA
JUL 10 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM M. BRYSON, JR. | CIVIL ACTION<br>NO. CV06-1426-A |
| VERSUS | |
| UNITED STATES OF AMERICA | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Bryson's request for a certificate of appealability is DENIED AS UNNECESSARY.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this ___ day of JULY, 2007.

_____
DEE D. DRELL
UNITED STATES DISTRICT JUDGE